UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ADAMS** *et al.*, ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 3:13-cv-1291-DRH-DGW |
| ) | |
| **BAYER HEALTHCARE** ) | |
| **PHARMACEUTICALS INC.,** ) | |
| ) | |
|     **Defendant.** ) | |
| _____ ) | |

**MEMORANDUM AND ORDER**

**HERNDON, District Judge:**

    This matter is before the Court for the purpose of docket control. This matter involves 44 unrelated plaintiffs all represented (or initially represented) by one or more attorneys at the Driscoll Law Firm. On December 19, 2014, the Court entered an order granting the Driscoll Law Firm's motion to withdraw as counsel of record for certain plaintiffs, including plaintiff Tamika Jones (Doc. 31). Subsequently, the Court received a letter and documentation[1] from Tamika Jones. The letter indicates plaintiff Tamika Jones' interest in pursuing her action *pro se* (Letter attached hereto as Exhibit A).

    The Court concludes that the best course of action is to sever the claims of Tamika Jones as is permitted under Rule 21 of the Federal Rules of Civil Procedure (Rule 21 provides that, "[o]n motion or on its own, the court may at

---

[1] The documentation included certain prescription records for plaintiff Tamika Jones. The Court has instructed the Clerk of the Court to return this documentation to the plaintiff.

any time, on just terms, add or drop a party. The court may also sever any claim against a party.").

**IT IS HEREBY ORDERED** that the claims of **TAMIKA JONES** are severed into a separate action.

The Clerk is **DIRECTED** to open a new case with a newly assigned case number. The new case should be assigned to the undersigned Judge. The new case shall be opened with only the following:

- A copy of this Memorandum and Order
- A copy of plaintiff Tamika Jones' letter to this Court (attached hereto as Exhibit A)

**FURTHER,** plaintiff Tamika Jones is **ORDERED** to file an amended complaint **within 60 days of the opening of the new case**. As plaintiff Tamika Jones is proceeding *pro se*, the Court reminds her that **she is responsible for reviewing and complying with this Court's rules and procedures**. Plaintiff may want to begin by reviewing the Court's *Pro Se Litigant Guide* available here: http://www.ilsd.uscourts.gov/Forms/ProSeGuide.pdf.

**FURTHER,** as the Court is directing the plaintiff to file an amended complaint, the defendant's motion to dismiss (Doc. 10) as to Tamika Jones ONLY is DENIED as MOOT.

**FURTHER,** the Court **DIRECTS THE CLERK** to mail a copy of this order to plaintiff Tamika Jones at the following address:

1452 Walnut Circle, Carol Stream IL 60188

**FURTHER,** the Court **DIRECTS THE CLERK** to return the plaintiff's prescription records to the plaintiff by mailing them to the above address.

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2015.01.20
14:09:52 -06'00'

**District Judge**  Date:  January 20, 2015
**United States District Court**