UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAMS *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   No. 3:13-cv-1291-DRH-DGW |
| | ) |
| BAYER HEALTHCARE | ) |
| PHARMACEUTICALS INC., | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This matter is before the Court on the motion of plaintiffs Alison Justice, Carolyn Loveland, Brittany Manley, Nanette Sasser, and Daniela Vargas to sever their cases from the instant action pursuant to Rule 21 of the Federal Rules of Civil Procedure, and to stay each action so severed. These plaintiffs state their intention is to seek transfer of their individual claims to pending Multidistrict Litigation, MDL No. 2434, once severed.

The time for responding has passed and the defendant has not responded. Accordingly, the Court concludes that the defendant has no objection to the motion. The Court therefore **ORDERS** as follows:

**IT IS HEREBY ORDERED** that the claims of **Alison Justice, Carolyn Loveland, Brittany Manley, Nanette Sasser, and Daniela Vargas** are each severed into individual actions.

The Clerk is **DIRECTED** to open a new case with a newly assigned case number for each such plaintiff.  Each new case should be assigned to the undersigned Judge.  The new case shall be opened with only a copy of this Memorandum and Order.

**FURTHER,** each plaintiff is **ORDERED** to file an amended complaint **within 30 days of the opening of the new case**.

**FURTHER,** as the Court is directing each plaintiff to file an amended complaint, the defendant's motion to dismiss (Doc. 10) as to each of the moving plaintiffs is **DENIED as MOOT**.

**FURTHER**, it is **ORDERED** that all further proceedings in each such case are **STAYED** pending further Order of this Court.

SO ORDERED:

Digitally signed by
David R. Herndon
Date: 2015.02.10
11:36:53 -06'00'

**District Judge**                                                    Date:  **February 10, 2015**
**United States District Court**